Exhibit 2

**Registration Number**

**PA 2-277-887**

**Effective Date of Registration:**
February 08, 2021

**Registration Decision Date:**
February 22, 2021

## Title

**Title of Work:** NARUTO (# 114): Good-Bye Old Friend...! I'll Always Believe In You!

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** December 15, 2004
**Nation of 1st Publication:** Japan

## Author

- **Author:** TV Tokyo Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Japan

## Copyright Claimant

**Copyright Claimant:** TV Tokyo Corporation
Roppongi 3-2-1, Minato-Ku, Tokyo, 106-8007, Japan

## Limitation of copyright claim

**Material excluded from this claim:** Based on the Manga entitled NARUTO. Certain preexisting licensed material.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** TV Tokyo Corporation
**Address:** Roppongi 3-2-1
Minato-Ku
Tokyo 106-8007 Japan

Page 2 of 2

## Certification

**Name:** Craig Hamilton
**Date:** February 08, 2021

**Correspondence:** Yes
**Copyright Office notes:** Regarding deposit: Special Relief granted under 37 CFR 202.20(d).

**Registration Number**
## PA 2-276-002
**Effective Date of Registration:**
February 08, 2021
**Registration Decision Date:**
February 09, 2021

## Title

| | |
|---|---|
| **Title of Work:** | NARUTO (# 353): The Tale of Jiraiya the Gallant |
| **Previous or Alternate Title:** | (Jiraiya Goketsu Monogatari) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | October 29, 2009 |
| **Nation of 1st Publication:** | Japan |

## Author

| | |
|---|---|
| • **Author:** | TV Tokyo Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Japan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | TV Tokyo Corporation<br>Roppongi 3-2-1, Minato-Ku, Tokyo, 106-8007, Japan |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the Manga entitled NARUTO. Certain preexisting licensed material. |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | TV Tokyo Corporation |
| **Address:** | Roppongi 3-2-1<br>Minato-Ku<br>Tokyo 106-8007 Japan |

Page 1 of 2

## Certification

**Name:** Craig Hamilton
**Date**: February 08, 2021

**Correspondence:** Yes